JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: POM WONDERFUL LLC MARKETING AND SALES PRACTICES LITIGATION** <br><br> This Document Relates To: <br> All Actions | Master File No.: 2:10-ml 2199-DDP (RZx) <br><br> **CV 10-09945-DDP (RZx)** <br><br> [MDL No. 2199] <br><br> Assigned to the Hon. Dean D. Pregerson <br><br> **ORDER RE DISMISSAL OF CLAIMS** |

{2864068.1}

1 | This MDL proceeding and each of the individual actions identified on Exhibit
2 | A (Attached - Doc # 337 and 337-1) are dismissed with prejudice as to the named
3 | plaintiffs and without prejudice as to members of the putative classes with each side
4 | bearing their own fees and costs.

5 | **IT IS SO ORDERED.**

8 | DATED: 12-10-18

_____
Hon. Dean D. Pregerson
Judge of the United States District Court

{2864068.1}

1

# **EXHIBIT A**

1. *Alexander v. POM Wonderful LLC, CV09-08182 DDP RZ*

2. *Brayall v. POM Wonderful LLC, et al, CV10-09789 SJO VBK;*

3. *Chapman v. POM Wonderful LLC, et al., CV10-08974;*

4. *Cosmas v. POM Wonderful LLC, CV10-7707 DDP RZ;*

5. *Friedman v. POM Wonderful LLC, et al., CV10-08787 DDP RZ;*

6. *Giles v. POM Wonderful LLC, CV10-9898 DDP RZ;*

7. *Haynes v. POM Wonderful LLC, et al., CV11-00043;*

8. *Henn v. POM Wonderful LLC, CV10-08024 DDP RZ;*

9. *Holter v. POM Wonderful LLC*, CV11-00043;

10. *Ng v. POM Wonderful LLC, CV10-07575 DDP RZ;*

11. *Pirolozzi v. POM Wonderful LLC, et al., CV10-9817 DDP RZ;*

12. *Pogrebinsky v. POM Wonderful LLC, CV10-9945 DDP MDL;*

13. *Searls v. POM Wonderful LLC, et al., CV10-09868;*

14. *W. Rex Templeton v. Pom Wonderful, LLC, et al., Case No. 4:12-cv-00053*; and

15. *Wilkinson v. Roll International Corp., et al., CV11-90 DDP RZ.*

{2877236.1}